IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARL MYERS | : | CIVIL ACTION |
| v. | : | |
| LAUREL HARRY, et. al | : | No. 18-3038 |

## O R D E R

AND NOW, this 1st day of June, 2020, upon careful and independent consideration of the petition for writ of habeas corpus, memorandum of law, response, reply, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The petition for writ of habeas corpus is DENIED.

3. The motion for an evidentiary hearing (Doc. 2) is DENIED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.